DAVID R. ONGARO, State Bar No. 154698
david.ongaro@tklaw.com
KYANN C. KALIN, State Bar No. 209030
kyann.kalin@tklaw.com
AMELIA D. WINCHESTER, State Bar No. 257928
amelia.winchester@tklaw.com
CARA R. SHERMAN, State Bar No. 269343
cara.sherman@tklaw.com
THOMPSON & KNIGHT LLP
650 California Street, Fifth Floor
San Francisco, CA  94108
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

Attorneys for Defendant
KELLERMEYER BERGENSONS SERVICES, LLC
(formerly known as Kellermeyer Building Services, LLC)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN A. ARELLANO, an individual on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLERMEYER BUILDING SERVICES, LLC, an Ohio Corporation, doing business in California,<br><br>Defendants. | Case No. 13-cv-0533 JLS BGS<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed:  March 7, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that David R. Ongaro of Thompson & Knight LLP hereby enters his appearance as counsel of record on behalf of Kellermeyer Bergensons Services (formerly known as Kellermeyer Building Services) in this action.

Dated:  June 12, 2013                                THOMPSON & KNIGHT LLP

                                                                  By:      /s/ David R. Ongaro
                                                                       DAVID R. ONGARO
                                                                       Attorneys for Defendant
                                                                       KELLERMEYER BERGENSONS
                                                                       SERVICES, LLC